**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 1 9 2021

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
~~UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983~~

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO.  4:21-cv-46-KGB-JTR

Jury Trial: ☑ Yes ☐ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: **Michael Arnette Walters**
ADC # **134303**

Address: **3201 W. Roosevelt Rd Little Rock, Ark, 7220**

Name of plaintiff: N
ADC # N

Address: "

This case a-signed to District Judge **Baker**
and to Magistrate Judge **Ray**

Name of plaintiff: "
ADC # "

Address: "

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: **Pulaski County Regional Detention Cent**

Position: **"Airmark staffing" / Kitchen**

Place of employment: **Pulaski County Jail**

Address: **3201 W. Roosevelt Rd LR, Ark, 72204**

Name of defendant: **Pulaski County Regional Detention Center**

Position: **infirmary / nurse / Doctor "turn key" employees Pulaski County Jail staff**

-4-

Place of employment: **Pulaski County Jail**

Address: **3201 W. Roosevelt Rd. LR, Ark, 72204**

Name of defendant: **Pulaski County Regional Detention Center**

Position: **Security / Duplics**

Place of employment: **Pulaski County Jail**

Address: **3201 W. Roosevelt Rd. LR, Ark, 72204**

Name of defendant: **"**

Position: **"**

Place of employment: **"**

Address: **"**

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: **"**

**"**

Defendants: **"**

**"**

-5-

☐ Court (if federal court, name the district; if state court, name the county): _____

☐ Docket Number: _//_____

☐ Name of judge to whom case was assigned: _//_____

☐ Disposition: (for example: Was the case dismissed?  Was it appealed? Is it still pending?) _//_____

☐ Approximate date of filing lawsuit: _//_____

☐ Approximate date of disposition: _//_____

IV. Place of present confinement: **Pulaski County Jail Little Rock, Arkansas, 72204**

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

✓ in jail and still awaiting trial on pending criminal charges

___ serving a sentence as a result of a judgment of conviction

✓ in jail for other reasons (e.g., alleged probation violation, etc.) explain: **(90 days) Parole violation do to pending criminal charges**

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓   No ___

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

-6-

Yes ____   No ✓

If not, why? Same issue happens everyday of my entire stay in PCU; have exhausted complaint.

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(1) I've been here since September 17th, 2020 upon my arrival I had gave medical an list of all things; I'm allergic to and would cause reactions; Afterward medical made corrections to inform kitchen staff of this to serve tray appropiately of allergies Tomatoes, Eggs, Carrots and my entire stay they put these items on my tray or pick carrots out and other related allergies then serve me the food; where I had reactions and a nurse had to come to unit to lack of help just giving me pills and hydrocortisone cream 1% to put on rash that surfaced due to me eating the exposed foods

-7-

Airmark staffing personnel, kitchen, recrum, and others of names deputies at facility didn't want

(2) to give names I've have had sergants, Lieutants called to correct this situation it been on some of them days I've not ate at all do to shift change or whatever reason they say kitchen is closed I do have breathing problems severely and with this continuing problem it could affect my health bringing serious harm if reaction may cause swellen to my lungs making it difficult to breath and do to staff has listed allergies on computer from medical to deputy station also kitchen I've written this incident up several times on (Kiosk) made complaints prior to taking this step here! September, October, November; I've written mostly on this matter only when I was available to they denied usage of kiosk when problem occurs and reactions has already taken place of eating exposed trays and sack lunches sack lunches they placed boiled eggs in expose the entire bag and then only take them out (eggs and give me the same bag same go for trays hand pick carrots and tomatoes out leaving traces giving me the contaminated foods this has happen my entire stay to very date.     Michael Walton
12/22/20 Apprx 4:20 - 4:40 pm                              02104 1985 SS# 290
tray has been sent with tomatoes
twice was seen by nurse; given pill to ease the reaction effect

③ ...and said the nurse it personally 12/22/2020; They continue to do this lips went numb and had problem swallowing had to breath out nose and I have the condition of asma taking albuteral sulfate HFA Inhalation aerosol 90 mcg per actuation due to numbing of throat I couldn't take the pill properly to reduce effects of allergies, nurse left not sure of my conditions I'm not being monitor at all simply stuck in a cell they conducted all this through an trap slot not giving me proper evaluation of caused problem (Camera footage) will show all I'm claiming are facts Apprx 4:20 pm - 5:00 pm cell # 309 T-unit. Today 12/24/2020 (Thrusday) Apprx. 12:57 pm nurse whitney came to my cell T-309 with deputy D. rimmer I explained my situation I've asked the nurse whom came at pill call will she bring me something cause my lips started to numb from getting an food tray labeled no carrots with my Bookin number across label and tray consist of carrots that was over and whole hour and a half after the reaction started by then my throat starting hurting call button don't work in cell to get attention of deputy I kicked on the door stuck paper out motioning it up and down to get medical Attention. Camera footage witness will confirm stateme

④ are facts true of accusing; Nurse also made self statement when she checked on it personally it came from infirmary end and they was gone type it in but I've got documentation stating by (11/18/2020) Releford had put it in again when I placed an sick-call in to get this problem corrected after having one of several allergic reactions in the month of September; and computer says allergies in Kitchen, deputy station, and infirmary. 12/25/2020 Friday; Today deputy served my tray to me and across the lid addressed no carrots but it did consist of carrots they covered it up in kitchen with an leaf of lettuce and was informed by the infirmary do not put carrots, tomatoes, nor eggs on my tray's cause Mr. Walters is allergic to them; I've exhausted this issue to the max. Deputy simply scooped the salad out the styrofoam tray with hand on camera view T-Unit #309 gave it back to me last meal today 12/25/2020 they gave me salad dressing and (egg) is part of the ingredients to make the dressing Dist. by diamond crystal brends Inc. Poco Pac salad dressing. Kitchen continuously to serve me food in which I'm allergic. 12/28/2020 damage they kitchen is doing is now not giving me proper portions giving me peanut butter with no bread, cake, and mixture to make cake

5) continuation... says no tomatoe, egg, nor carrots. Do to the shorting of portions I've lost weight! Last meal I received tray with lettuce on it with label written no carrots & beans reason beans cause they suppose to have had tomatoes sauce but lettuce had carrots on the bottom of lettuce 12/28/2020 monday had conflict with deputy D. rinimer of tray camera footage will show and still gotten a food allergic contamination in my food nurse was in unit I tried to beat on door she ignore my attempt to get medical attention stopped at other doors that didn't consist of medical reason. And I asked same nurse to be moved closer to deputy station if situation occurred/surfaced again and didn't get no response. On 12/27/2020 incident keeps happening on A-Shift every single incident, involving allergic reaction I'm having one as we speak and I ask D rinimer to call for me some assistance but call no code nor paid reason attention vomiting, sore throat, and irritation of skin. Today 12/28/2020 Tray was served Apprx 3:36pm now its shift change and still havent seen no nurse on my request of having reaction situation it's now 6:00pm Ask deputy rinimer again when he approached my door still no attempt to contact nurse at all I've been beating on door call buttons dont work in cell I'm in room T#309 back sunday room. 12/29/2020 served me yet another tray with carrots on it at lunch period had an reaction yesterday that took nurse over 2 hours to cure.

⑥ then took another 45 minutes to even come to my room not checking my vitals nothing of procedure nature to make sure I'm fine only give me two generic pain of pink coating. Exhausted complaint wrote grievances spoke to staff of all that are placed on as defendents; now further methods are acquired to set forth actions by courts on grounds of the abuse against me plaintiff Michael Arnette Walters "ADC#136303" Pulaski County Regional detention center Booking# "10368-20" SO#3672 SS#6290 (DOB:02/04/85)

Michael Arnette Walters
ADC#136303
DOB: 02/04/1985
SS#: xxx-xx-6290
Jail booking#: 10368-20

x Michael Walters
Date 1/08/21
x (witness)
Date

now its December 31, 2020 Thrusday and I still get containers with items that are listed in my allergies listing tomatoes, eggs, and carrots and I've Exhausted this complaint from the date September 17, 2020 and ive been denied of my medical rights and yet seen an doctor after my more than several reactions this is every tray served to me individuals/employee are careless

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

place lawsuit against all listed defendants aramark, turn key, and Deputy employees of Pulaski county Jail for risk of harm to me Michael arnette waters sum of $200,000 dollar amount from each company

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this __8__ day of __January__, 20__21__.

_Michael Walters_

Signature(s) of plaintiff(s)

-8-

LOLITA JOHNSON
PULASKI COUNTY
NOTARY PUBLIC - ARKANSAS
My Commission Expires November 08, 2028
Commission No. 12706153

Michael Arnette Walters #10368
3201 West Roosevelt Road
Little Rock, Arkansas, 72204

-URGENT-

Legal Mail
IMPORTANT...

ATTN Clerk filing office
Federal Court Building
600 West Capital Avenue
Little Rock, Arkansas, 72201

US POSTAGE
$00.50
First-Class
Mailed From 72204
01/11/2021
032A 0061816150