# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MICHAEL ARNETTE WALTERS**  **PLAINTIFF**
**ADC #136303**

v.                    Case No. 4:21-cv-00046-KGB

**PULASKI COUNTY REGIONAL**
**DETENTION CENTER,** *et al.*                    **DEFENDANTS**

## ORDER

When plaintiff Michael Arnette Walters filed this lawsuit, he was in custody at the Pulaski County Regional Detention Facility ("PCRDF") (Dkt. No. 2). On April 13, 2021, and June 14, 2021, mail to Mr. Walters at the PCRDF was returned undeliverable (Dkt. Nos. 5; 7). As a result, the Court entered a show cause Order to require Mr. Walters to inform the Court of his current contact information within 30 days of the entry of the show cause Order and to provide the Court with a valid mailing address (Dkt. No. 8). The Court notified Mr. Walters that failure to provide the Court with a valid mailing address within 30 days may result in dismissal of his case without prejudice for failure to prosecute (*Id.*). *See* Local Rule 5.5 of the United States District Court for the Eastern and Western Districts of Arkansas. As of the date of this Order, Mr. Walters has not complied with or otherwise responded to the Court's August 1, 2022, Order, and the time for doing so has passed. Accordingly, Mr. Walters's complaint is dismissed without prejudice for failure to prosecute (Dkt. No. 2), and the pending Recommended Disposition is denied as moot (Dkt. No. 6). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so ordered this 6th day of September, 2022.

_____
Kristine G. Baker
United States District Judge